UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0292-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOSEPH LOREN ALLEN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's second motion to continue the trial date (Dkt. No. 26). Defendant has filed a waiver of his right to a speedy trial up to and including September 30, 2019. (Dkt. No. 27.) Having thorough considered the parties' briefing and Defendant's waiver, the Court FINDS that:

1. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation, including reviewing the evidence, considering possible defenses, and gathering evidence material to the defense, 18 U.S.C. § 3161(h)(7)(B)(iv);

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice, 18 U.S.C. §3161(h)(7)(B)(i); and

1    3.  A continuance is necessary to ensure adequate time for defense investigation, effective

2        trial preparation, and an opportunity for Defendant to benefit from these efforts. On this

3        basis, the Court finds that the ends of justice served by granting this continuance

4        outweigh the best interests of the public and Defendant in a speedy trial, 18 U.S.C.

5        § 3161(h)(7)(A).

6        Therefore, the Court GRANTS Defendant's motion (Dkt. No. 26) and ORDERS that trial

7   shall be continued from June 17, 2019 to September 3, 2019 at 9:30 a.m., and that the time

8   between the date of this order and the new trial date is excludable time under the Speedy Trial

9   Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv) and

10  3161(h)(6). Any pre-trial motions shall be filed no later than July 26, 2019.

11       DATED this 30th day of April 2019.

12                                          William M. McCool
                                            Clerk of Court
13
                                            s/Tomas Hernandez
14                                          Deputy Clerk

15

16

17

18

19

20

21

22

23

24

25

26