The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH LOREN ALLEN, <br><br> Defendant. | NO. CR18-292 JCC <br><br> GOVERNMENT'S MOTION TO SEAL <br><br> **NOTING DATE: May 16, 2019** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Jessica M. Manca, Assistant United States Attorney for said District, files this Motion to Seal.

The government hereby requests that Exhibits 3, 4, and 5 accompanying the Government's Response to the Defendant's Motion to Compel be sealed, due to the sensitive nature of the material contained therein.

//
//
//

GOVERNMENT'S MOTION TO SEAL
*United States v. Joseph Allen*, CR18-292 JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGOTN 98101
(206) 553-7970

Exhibits 3, 4, and 5 include disciplinary records and detailed information about use of force investigations. Although these documents are subject to public disclosure under Washington law, the government believes that the content of the documents and the privacy interests of the parties discussed therein (many of whom are private citizens unrelated to the litigation in this case) weighs in favor of sealing the documents for purposes of this criminal matter.

DATED this 16th day of May, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-5041
Email: Jessica.Manca@usdoj.gov

GOVERNMENT'S MOTION TO SEAL
*United States v. Joseph Allen*, CR18-292 JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGOTN 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2019, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Becky Hatch*
BECKY HATCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4161
Facsimile: (206) 553-0755
Email: Becky.Hatch@usdoj.gov

GOVERNMENT'S MOTION TO SEAL
*United States v. Joseph Allen*, CR18-292 JCC - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGOTN 98101
(206) 553-7970