Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

May 16th 20 19

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff

        v.

JOSEPH LOREN ALLEN,

        Defendant.

NO. CR18-292 JCC

**SUPERSEDING INDICTMENT**

The Grand Jury charges that:

## COUNT 1

### (Felon in Possession of a Firearm)

On or about May 28, 2018, in the City of Auburn, within the Western District of Washington, JOSEPH LOREN ALLEN, knowing that he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

    a.    *Attempt to Elude and Taking a Motor Vehicle without Permission,* under cause number 14-1-06452-3, in King County Superior Court, Washington, on or about January 27, 2015;

    b.    *Taking a Motor Vehicle without Permission and Attempt to Elude* under cause number 14-1-03231-7, in Pierce County Superior Court, Washington, on or about September 11, 2014;

Superseding Indictment / JOSEPH ALLEN - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

     c.     *Possession of Methamphetamine*, under case number 13-1-00993-7, in Pierce County Superior Court, Washington, on or about April 16, 2013;

     d.     *Taking a Motor Vehicle without Permission*, under case number 10-1-03783-9, in Pierce County Superior Court, Washington, on or about October 6, 2010;

     e.     *Unlawful Possession of a Firearm in the First Degree*, under case number 07-1-00821-3, in King County Superior Court, Washington, on or about August 23, 2007; and

     f.     *Unlawful Possession of a Firearm in the Second Degree*, under case number 04-1-11990-8, in King County Superior Court, Washington, on or about May 28, 2004;

did knowingly possess, in and affecting interstate and foreign commerce, the following firearm: a Sig Sauer .40 caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

### (Felon in Possession of a Firearm)

On or about August 23, 2018, in the City of Federal Way, within the Western District of Washington, JOSEPH LOREN ALLEN, knowing that he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

     a.     *Attempt to Elude and Taking a Motor Vehicle without Permission,* under cause number 14-1-06452-3, in King County Superior Court, Washington, on or about January 27, 2015;

     b.     *Taking a Motor Vehicle without Permission and Attempt to Elude* under cause number 14-1-03231-7, in Pierce County Superior Court, Washington, on or about September 11, 2014;

     c.     *Possession of Methamphetamine*, under case number 13-1-00993-7, in Pierce County Superior Court, Washington, on or about April 16, 2013;

     d.     *Taking a Motor Vehicle without Permission*, under case number 10-1-03783-9, in Pierce County Superior Court, Washington, on or about October 6, 2010;

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

e.  *Unlawful Possession of a Firearm in the First Degree*, under case number 07-1-00821-3, in King County Superior Court, Washington, on or about August 23,2007;

f.  *Unlawful Possession of a Firearm in the Second Degree*, under case number 04-1-11990-8, in King County Superior Court, Washington, on or about May 28, 2004;

did knowingly possess, in and affecting interstate and foreign commerce, the following firearm: a Taurus 9mm caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

### (Possession of Methamphetamine with Intent to Distribute)

On or about August 23, 2018, in the City of Federal Way, within the Western District of Washington, JOSEPH LOREN ALLEN did knowingly and intentionally possess, with intent to distribute, methamphetamine, which is a substance controlled under Title 21, United States Code, Section 812.

It is further alleged that the offense involved 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 4

### (Possession of Firearm in Furtherance of a Drug Trafficking Crime)

On or about August 23, 2018, in the City of Federal Way, within the Western District of Washington, JOSEPH LOREN ALLEN did knowingly and intentionally possess a firearm, to wit: a Taurus 9mm caliber pistol, in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, to wit: *Possession of Methamphetamine with Intent to Distribute,* as charged in Count 3, above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ASSET FORFEITURE ALLEGATION

The allegations contained in Counts 1 – 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.  Upon conviction of the offenses alleged in Counts 2 and 4 of the Indictment, the defendant, JOSEPH LOREN ALLEN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including, but not limited to, the Taurus 9mm caliber pistol, and all associated ammunition.  Upon conviction of the offense alleged in Count 3 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that facilitated that offense, including, but not limited to, the Taurus 9mm caliber pistol, and all associated ammunition.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the Defendant,

1.    cannot be located upon the exercise of due diligence;

2.    has been transferred or sold to, or deposited with a third party;

3.    has been placed beyond the jurisdiction of the Court;

4.    has been substantially diminished in value; or

5.    has been commingled with other property which cannot be divided without difficulty;

///

///

///

///

///

///

Superseding Indictment / JOSEPH ALLEN - 4

it is the intent of the United States, pursuant to Title 21, United States Code, Section
853(p), to seek the forfeiture of any other property of the Defendant up to the value of the
above-described forfeitable property.

A TRUE BILL:

DATED: May 15, 2019

*Signature of foreperson redacted*
*pursuant to the policy of the Judicial*
*Conference of the United States*

_____
FOREPERSON

_____
BRIAN T. MORAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
JESSICA MANCA
Assistant United States Attorney

Superseding Indictment / JOSEPH ALLEN - 5