THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH LOREN ALLEN,<br><br>　　　　　　Defendant. | CASE NO. CR18-0292-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion to seal (Dkt. No. 38) certain exhibits to its response to Defendant's motion to compel (Dkt. No. 39).

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g)(3); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, a particularized showing of good cause will suffice to warrant sealing discovery documents attached to non-dispositive motions. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

The exhibits the Government seeks to maintain under seal are documents relating to use of force investigations conducted by the City of Auburn Police Department, which detail police officers' interactions with private citizens. (Dkt. No. 39.) The Government acknowledges that these documents are subject to public disclosure under Washington law. (*See* Dkt. No. 38 at 2.) As the Government has not made a particularized showing of good cause sufficient to overcome

the strong presumption of public access to the Court's files, the Government's motion to seal (Dkt. No. 38) is DENIED. Within 48 hours of the issuance of this order, the Government shall withdraw the exhibits that are currently filed under seal. (Dkt. No. 39.) In their place, the Government shall publicly file the exhibits. The Government may elect to file redacted versions of the exhibits.

DATED this 20th day of May 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0292-JCC
PAGE - 2