```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE
```

UNITED STATES OF AMERICA,      )
                               )
                   Plaintiff,  )  No. CR18-292 JCC
vs.                            )
                               )
                               )
JOSEPH ALLEN,                  )
                               )
                   Defendant(s).)
                               )
                               )

VERBATIM REPORT OF INTERVIEW OF ▓▓▓▓ KNIGHT
         (FROM RECORDED PROCEEDINGS)


Date of interview:  August 23, 2018


Participants:  Detective Eric Steffes
               ▓▓▓▓ Knight


Produced for Assistant United States Attorney Jessica Manca


(Transcribed by: Adrienne Kuehl)

1   DETECTIVE STEFFES:  This statement concerns an
2   attempted robbery at the Walmart in Federal Way, off of
3   Pacific Highway South and 348th.  The incident occurred on,
4   um, August 23rd, 2018 at the time roughly, uh, 18:20 hours.
5        Um, this officer -- or interview is being conducted
6   same time, um -- or sorry, same date.  Time is 18:38 hours.
7   Interviewing Officer is Detective Eric Steffes from Kent
8   PD.  Uh, are you aware this statement's being recorded?
9        MS. KNIGHT:  Yes, I am.
10       DETECTIVE STEFFES:  Are you willing to have it
11  recorded?
12       MS. KNIGHT:  Yes, I am.
13       DETECTIVE STEFFES:  Uh, what's your full name?
14       MS. KNIGHT:  My full name is ▓▓▓▓ ▓▓▓▓▓▓▓▓
15  (phonetic) Knight.
16       DETECTIVE STEFFES:  Okay, and what's your date of
17  birth?
18       MS. KNIGHT:  ▓▓▓▓-80.
19       DETECTIVE STEFFES:  Okay.  Um, let's see.  What is
20  your address?
21       MS. KNIGHT:  ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
22  ▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓.  And that's Auburn, Washington
23  98001.
24       DETECTIVE STEFFES:  And do you have a, uh -- is it an
25  apartment, or is it a house, or --

```
1        MS. KNIGHT:  It's number ████
2        DETECTIVE STEFFES:  Okay.
3        MS. KNIGHT:  It's my mom's place.
4        DETECTIVE STEFFES:  Okay.  Okay.  And what's your, uh
5   -- you said you had a couple phone numbers?
6        MS. KNIGHT:  Yes.  Telephone number is ████ ██████.
7   Also ████████████.
8        DETECTIVE STEFFES:  Okay.  Um, and, um, so earlier
9   today, um, like I said, about 18:20 hours, roughly, were
10  you at the Chase Bank just -- would be just west of, um,
11  the Walmart at 348th and Pac Highway?
12       MS. KNIGHT:  Yes, I was.
13       DETECTIVE STEFFES:  Okay.  And who were you with?
14       MS. KNIGHT:  I was with Jared (phonetic), a friend of
15  mine that work in Walmart.  And my husband/fiancé, ██████
16  Banks.
17       DETECTIVE STEFFES:  Okay.  And I just spoke with
18  Steve.  And were you in the Ford Expedition that's -- or
19  were -- like --
20       MS. KNIGHT:  I was outside of it, but --
21       DETECTIVE STEFFES:  -- did you --
22       MS. KNIGHT:  -- I -- I came with the Ford Expedition.
23       DETECTIVE STEFFES:  Okay.  Okay.  And again, just for
24  the record, the plate is ████████████████.  Um, and so,
25  uh, about what time did you get to the -- like I said, if
```

1  the incident happened about 6:20, what time did you get to
2  Chase?
3       MS. KNIGHT:  I got to Chase Bank about 6:15.
4       DETECTIVE STEFFES:  Okay.  Um, and what were you doing
5  there?
6       MS. KNIGHT:  I was talking to Jared.  He was actually
7  doing me a huge favor, helping me out where I can be able
8  to have a place to lay my head tonight.  And I literally
9  was hearing sirens, but I seen a guy with a helmet -- a red
10 helmet -- motorcycle helmet on running.  And he ducked on
11 the side of the car, saying that he'll pay us $1,000 to get
12 him out of there.  And I told my boyfriend literally to
13 lock the doors and drive off.  And I told dude hell no and
14 flashed the cop to come my way.
15      DETECTIVE STEFFES:  Okay.  So he offered you how much?
16      MS. KNIGHT:  A thousand dollars.
17      DETECTIVE STEFFES:  Okay.  And you said no.
18      MS. KNIGHT:  I said hell no.
19      DETECTIVE STEFFES:  And were you -- um, when he first,
20 uh -- I assume he came running up to you; is that right?
21      MS. KNIGHT:  He came running our way.  And then
22 (Inaudible) --
23      DETECTIVE STEFFES:  And where were you in relation to
24 the Expedition and the --
25      MS. KNIGHT:  I was --

```
 1       DETECTIVE STEFFES:  -- ATM?
 2       MS. KNIGHT:  I was -- from the ATM, we was way far
 3  away from the ATM.  We was actually in the parking lot.
 4       DETECTIVE STEFFES:  Okay.
 5       MS. KNIGHT:  But I was only just hand's length of the
 6  Expedition.
 7       DETECTIVE STEFFES:  Okay.
 8       MS. KNIGHT:  He literally tried to grab the handle to
 9  the Expedition, the back seat.  But I told him to lock the
10  doors and he did.
11       DETECTIVE STEFFES:  Okay, all right.  Um, so you said
12  no.  And then you got in the Expedition?
13       MS. KNIGHT:  No.  I said no.  And then when he went to
14  open up the door, I was telling my boyfriend lock the doors
15  and drive off, but --
16       DETECTIVE STEFFES:  Okay.  So he offered to -- he
17  offered to pay you a thousand bucks.  You said no.  And
18  then he tried getting into the Expedition?
19       MS. KNIGHT:  He tried getting in the Expedition.
20       DETECTIVE STEFFES:  Okay.  And, uh -- and, uh, Steve -
21  -
22       MS. KNIGHT:  That's when I --
23       DETECTIVE STEFFES:  -- locked the door?
24       MS. KNIGHT:  Yep.  And that's when I flashed a cop and
25  he ran off.
```

```
 1       DETECTIVE STEFFES:  Okay.
 2       MS. KNIGHT:  As far as my friend, Jared, I turned
 3  around and he was gone.
 4       DETECTIVE STEFFES:  Okay.  Um -- um, and so at that
 5  point, the police showed up --
 6       MS. KNIGHT:  Yeah.
 7       DETECTIVE STEFFES:  -- and took him into custody.  Did
 8  you, uh, see a -- a firearm or weapon, or was there any --
 9       MS. KNIGHT:  No.
10       DETECTIVE STEFFES:  -- reference made?
11       MS. KNIGHT:  No, not at all.
12       DETECTIVE STEFFES:  Okay.  Um, did he -- did he
13  threaten you in any way?
14       MS. KNIGHT:  He didn't threaten at all.
15       DETECTIVE STEFFES:  Okay.
16       MS. KNIGHT:  He didn't show no money, nor no weapon.
17       DETECTIVE STEFFES:  Okay.  How long would you say the,
18  uh -- the interaction took?
19       MS. KNIGHT:  No more than a minute.
20       DETECTIVE STEFFES:  Okay.
21       MS. KNIGHT:  He seen you guys were coming from
22  everywhere, so he had no choice but to run.
23       DETECTIVE STEFFES:  Uh huh.  Okay.  And who's Jared?
24       MS. KNIGHT:  Jared is one of the employees that work
25  at Walmart.  He work down in sporting goods.
```

```
 1       DETECTIVE STEFFES:  Okay.
 2       MS. KNIGHT:  He actually -- one of the officers -- he
 3  was parked right, direclty in front of Chase.
 4       DETECTIVE STEFFES:  Okay.  And what does -- just in
 5  case we need to talk to him, what does --
 6       MS. KNIGHT:  It was a white Jeep.  One of the officers
 7  was blocking him in.  So he's probably still up there.
 8       DETECTIVE STEFFES:  Okay.  He -- Jared has a white
 9  Jeep?
10       MS. KNIGHT:  Yeah.
11       DETECTIVE STEFFES:  And what does Jared look like?
12       MS. KNIGHT:  Tall, white guy.  He's 21 years old.
13  Can't remember his last name.
14       DETECTIVE STEFFES:  You said white?
15       MS. KNIGHT:  Yeah.
16       DETECTIVE STEFFES:  What color hair?
17       MS. KNIGHT:  Blonde.
18       DETECTIVE STEFFES:  Okay.  Okay.  Do you have his
19  phone number?
20       MS. KNIGHT:  Not on me.
21       DETECTIVE STEFFES:  Okay.
22       MS. KNIGHT:  It's in the vehicle.
23       DETECTIVE STEFFES:  All right.  I'll grab that before
24  we leave here.  Um, is there anything else you'd like to
25  add?
```

1   MS. KNIGHT:  No, that was it.
2   DETECTIVE STEFFES:  Is there -- is everything true to
3  the best of your knowledge?
4   MS. KNIGHT:  True to the fullest.
5   DETECTIVE STEFFES:  Okay.  All right.  This statement
6  ends same date, uh, 18:44 hours.
7   (END OF RECORDING)

C E R T I F I C A T E

STATE OF WASHINGTON )
                    ) ss.
County of PIERCE    )

I, the undersigned, do hereby certify:

That the foregoing Audio Transcription of the above was transcribed under my direction; that the transcript is a full, true and complete transcript of the proceedings, including all questions, objections, motions and exceptions; except for those portions shown as Inaudible, if any;

That I am not a relative, employee, attorney or counsel of any party to this action or relative or employee of any such attorney or counsel, and that I am not financially interested in the said action or the outcome thereof;  That I am herewith delivering the same to AUSA Jessica Manca for filing.

IN WITNESS WHEREOF, this 20th Day of May, 2019.


/s/ Adrienne Kuehl
Adrienne Kuehl, Residing
At Tacoma, Washington.