# Nelson Combined Use of Force, Complaints, Collisions Digest

| Bookmark | Page |
|---|---|
| *May 8, 2011. Nelson kills Scaman "who reportedly taunted him with a knife during a traffic stop." He refused to put down the knife. | 11 |
| *September 1, 2012.   Nelson deploys spike strips. Suspect evades, another officer tire popped, then he was part of arresting suspect who "failed to yield"  (12 force 073) | 13 |
| *November 23, 2012.   Nelson used a Taser to such an extent to arrest a non-violent felon (theft) who was fleeing from arrest that the felon had to be transported to the hospital (13 force 082) | 15 |
| *May 12, 2013.   Nelson used PIT techniques on a fleeing vehicle. (13 force 037) | 18 |
| *August 20, 2013.  Nelson Warning (reprimand), collision in a parking garage. | 23 |
| *September 25, 2013. Nelson used a Taser in executing an arrest warrant for a non-violent offense when the suspect refused to crawl out from underneath a vehicle requiring the fire department to respond and give the suspect medical treatment (13 | 25 |
| *September 25, 2013.   Nelson used a Taser in executing an arrest warrant for a non-violent offense when the suspect refused to crawl out from underneath a vehicle requiring the fire department to respond and give the suspect medical treatment. (13 | 29 |
| *December 13, 2013. Rude behavior of officers to residents. Nelson Findings, Complaints, Unacceptable Performance finding. | 34 |
| *January 4, 2014.  Caillier Findings re Nelson, Complaints, took arrestee's property and disposed of it. Complaints, Unacceptable Performance | 37 |
| *January 5, 2014.   Nelson directed his K-9 to bite an individual who was hiding from him who was suspected of violating a domestic stay away order. (14 force 01) | 40 |
| *March 2, 2014.   Nelson directed his K-9 to bite an individual who committed jaywalking in his presence because he fled when he attempted him to stop him requiring the fire department to respond and give the individual medical treatment.  (14 force 15) | 43 |
| *March 31, 2014.   Nelson directed his K-9 to bite an individual who fled on foot after he was observed being in possession of a motor vehicle requiring the fire department to respond and give the individual medical treatment (14 force 22). | 46 |
| *April 27, 2014.  Nelson Findings, Acceptable Performance (allegation he was discourteous to an alleged V of assault.). Complaints. | 50 |
| *June 17, 2014.   Nelson body slammed an individual causing bruising to their face and injury to their shoulder when he executed a misdemeanor arrest warrant requiring the fire department to respond to give the individual medical treatment. (14 force 41) | 52 |

| | |
|---|---|
| *June 19, 2014.   Nelson and a compatriot broke multiple bones in a suspect's face. The person was wanted on a non-violent felony arrest warrant, and was hospitalized after he resisted arrest and attempted to fight off both of them. (14 force 43) | 55 |
| *July 11, 2014.   Nelson directed his K-9 to bite an individual suspected of committing a property crime as the individual his from the police officers requiring the fire department to respond to give the individual medical treatment. (14 force 48) | 60 |
| *July 9, 2014.  Nelson unaware that he was being videotaped, said to his compatriot "Are you ready to fuck this guy up" then proceeded to Taser and choke out an individual until he lost consciousness requiring the fire department and paramedics to respond because the individual jay-walked and cursed at them when they tried to cite him. (14 force 51) | 63 |
| *July 30, 2014.  Findings from July 9, 2014. Actual Misconduct Finding. Complaints. | 67 |
| *August 27, 2014. Summary and Findings memo, Complaints, 8-27-2014, Nelson in relationship, slapped bottom, makes derogatory comments about female officers. Finding of Acceptable Performance by all officers. | 70 |
| *August 31, 2014.   Nelson directed his K-9 to bite an individual who was hiding from him after the individual fled from a traffic stop and hid in a garbage dump to avoid arrest requiring the fire department to respond to give the individual medical treatment (14 force 57) | 76 |
| *September 23, 2014.   Inquiry into Nelson use of Oxycodone without a prescription during work. Finding of no indication allegations are true. | 81 |
| *November 18, 2014. Nelson kicked an individual then directed his K-9 to bite an individual causing lacerations and bruising to him because the individual fled from Nelson after Nelson tried to execute a non-violent arrest warrant requiring the fire department to respond to give the individual medical treatment. (14 force 78) | 85 |
| *November 27, 2014.   Findings letter, Complaints. Juvenile said arresting officer grabbed his nuts and Nelson said "I hope you don't get raped." Acceptable -Performance, no evidence of officers' misconduct. | 91 |
| *December 14, 2014.   Nelson directed his K-9 to bite an individual while the individual hid from him causing multiple lacerations while conducting a felony domestic violence investigation requiring the fire department to respond to give the individual medical treatment, (14 force 86) | 93 |
| *December 31, 2014.    Nelson punched an individual in the mouth then directed his K-9 to bite that individual when he executed an arrest warrant in the individual's home requiring the fire department to respond and then hospitalize the individual (14 force 95) | 100 |
| *January 29, 2015.  Nelson caused an individual to be taken to the hospital when he directed his K-9 to bite him in response to a traffic crime while the individual was hiding from the police because he did not want to be arrested. (15 force 11) | 110 |
| *anuary 29, 2015.    Nelson caused an individual to suffer injury when he directed his K-9 to bite that individual while arresting him for a misdemeanor offense because the individual hid from him. (15 force 12) | 116 |

| | |
|---|---|
| *February 4, 2015.   Nelson caused an individual to suffer injury when he directed his K-9 to bite that individual after the individual provided a compatriot a false name and fled into the tree line to hide (15 force 13) | 122 |
| *March 4, 2015.  An individual was injured and taken to the hospital as a result because Nelson's K-9 bit him after the individual fled from police following a suspected car theft. (15 force 15) | 130 |
| *March 7, 2015.  Nelson requested to do high risk arrest; he initiates stop by using police vehicle to strike other cars, cause additional crashes. Warns suspects he would use lethal force to stop them. (15 force 16) | 136 |
| *March 9, 2015. Nelson uses striking of vehicle and PIT manuever to execute arrest on a DOC warrant (no PC for the theft).  (15 force 21) | 142 |
| *April 16, 2015. A individual who fled from Nelson was hospitalized after Nelson directed his K-9 to bite the individual repeatedly because Nelson found the individual's presence in a restaurant parking lot to be suspicious. (15 force 33) | 148 |
| *May 12, 2015.  An individual who fled from Nelson suffered injuries because Nelson's K-9 bit him and Nelson assaulted him when the individual refused to stop and fled from officers after police contacted him in a parking lot. (15 force 39) | 156 |
| *May 19, 2015.   Nelson responds to mentally ill person with a 6 in black handled, serrated kitchen knife yelling at traffic. Nelson points gun on him, deploys K-9, and tackles. Fire was called to assess the arrestee. (15 force 40) | 163 |
| *May 23, 2015.  Nelson assists in felony arrest inside a house, deploys K-9. (15 force 44) | 170 |
| *May 25, 2015.  Nelson pursues suspect running with alcohol, wrestles him to the ground. (15 force 46) | 176 |
| *June 14, 2015.  Nelson deploys K-9 while pursuing fleeing suspect. Innocent bystander "enters the scent picture" of the suspect, backs into a vehicle, and is attacked by the K-9. Bystander treated by Fire and transported to Auburn Regiondal Hospital. | 182 |
| *July 1, 2015.  Nelson suspension memo, re May 25, 2015 Preventable collision. Joins another officer's arrest, in eagerness to apprehend, Nelson smashes into other officer's vehicle. | 186 |
| *Jun 16, 2015.   While investigating a misdemeanor domestic stay away order, Nelson directed his K-9 to bite an individual and also punched the individual in the face requiring him to be hospitalized. (15 force 54) | 190 |
| *June 13, 2015.  Report corrected. (15 correction 025) in  Complaints, 6-22-2015 report. Nelson and others re-enter a home after suspect surrended, with no reason to enter. Lack of communication as well "unacceptable." | 197 |
| *August 2, 2015.   Nelson, during an investigation of a domestic stay away order, choked out an individual until he lost consciousness requiring medical treatment at the scene. (15 force 71) | 201 |

| | |
|---|---|
| *August 16, 2015    Nelson choked out an individual until he lost consciousness and had to be hospitalized because the individual, was emotionally distressed, disregarded officer commands, and was colliding with officer vehicles with his vehicle.  (15 force 79) | 208 |
| *September 1, 2015.  Nelson strikes suspect vehicle when he believes he was "attempting to circumvent the PIT and flee. (15 force 92) | 214 |
| *September 12, 2015. Investigating a vehicle theft, Nelson directed his K-9 to bite an individual as the individual hid from him, then kicked the individual to effectuate an arrest causing him injuries. (15 force 96) | 219 |
| *September 29, 2015. Assisting another officer with a traffic stop, Nelson directed his K-9 to bite and scratch the passenger who walked away from the scene and later allegedly struggled with the dog, requiring the person to be taken to the hospital. (15 force 105) | 225 |
| *October 29, 2015. Nelson, assisting three officers who had in custody and handcuffed a drunk person pursuant to a domestic call, applied a lateral vascular neck restraint and rendered the suspect unconscious. Nelson then struck the man three times on the back to revive him. Upon being revived after 20 seconds, the man said "you f-ing killed me man." (15 force 115) | 232 |
| *November 3, 2015.  Nelson tackled a man in relation to a misdemeanor property crime. Nelson secured his head with his right arm and applying pressure to his cheek while turning his face and head to the left, later applied additional pressure, and still later in the arrest applied the lateral vascular neck restraint control hold.  (15 force 117) | 238 |
| *November 3, 2015.   Nelson tackled a man in relation to a misdemeanor property crime. Nelson secured his head with his right arm and applying pressure to his cheek while turning his face and head to the left, later applied additional pressure, and still later in the arrest applied the lateral vascular neck restraint control hold.  (15 force 119) | 245 |
| *December 15, 2015.  Pursuing a fleeing suspect, Nelson's K-9 bit the individual and Nelson pushed the individual down, resulting in the person hitting a bathtub on the way down. As the individual tried to get the dog off of his leg, Nelson kicked him in the chest. The individual had multiple abrasions and lacerations. (15 force 129) | 251 |
| *January 9, 2016.  Nelson entered a home where several officers were already inside, and applied a lateral vascular neck restraint hold to a suspect, and also placed his forearm across the individual's face and nose region and applied pressure (cross face control hold). Nelson then applied additional pressure to his neck, wrapped his legs around the suspect's legs, and applied additional pressure until the person lost consciousness. The person had a bloody nose and bruising and was taken to the hospital. (16 force 07) | 259 |
| *January 9, 2016.   Nelson "stop-kicked" a suspect in the upper torso at a Fred Meyer store in responding to a "suspicious subject." (16 force 08) | 294 |
| *January 31, 2016.   Nelson deployed his K-9 on a passenger who left the scene of a vehicle stop. The subject received a bite, and Valley Regional Fire was called to evaluate and treat him, and was transported to the hospital. (16 force 13) | 265 |

| | |
|---|---|
| *February 20, 2016. Assisting a private PI with an arrest warrant, Nelson secured the woman's head and neck in a lateral vascular neck restraint hold. She flailed and she also indicated she was pregnant, so Nelson used a side to side control hold. She was taken to the hospital for further evaluation. (16 force 18) | 271 |
| *December 3, 3016.   Nelson's deployed his K-9 on an individual who was fleeing a vehicle that was purportedly stolen. The individual received abrasions and a bite and was taken to the hospital as a result of his injuries.(16 force 121) | 277 |
| *December 5, 2016.   Nelson deployed his K-9 against a subject purportedly involved in a vehicle prowl or assault. She received lacerations on her left forearm and foot and was transported to Auburn Hospital for additional treatment. (16 force 123) | 283 |
| *December 16, 2016.   Nelson drove over a median to block a vehicle and the pursued vehicle struck another vehicle, injuring a 72-year-old man. He was evaluated by Valley Fire. (16 force 131) | 289 |
| *January 5, 2017.    Nelson was part of a team that employed elbow strikes, tasers, and the vascular neck restraint hold on an intoxicated suspect. Nelson rammed into the citizen in his right shoulder and drove him into a wall, then kneed him in his upper left quad. Nelson then took hold of the citizen's head and neck and pulled him upward, disrupting his balance, and simultaneously drove his upper body onto the floor. Nelson kneed him again three times in the left side. More pressure was applied to the citizen's neck by another officer, rendering the man unconscious. He regained consciousness when being handcuffed and said "you're killing me, I can't breathe." The citizen had lacerations, abrasions, and was taken to the hospital. This involved possible misdemeanor DV. (17 | 301 |
| *17 force 03 -see above | 307 |
| *17 force 04 -see above | 313 |
| *February 16, 2017.  Nelson deployed his K-9 on a citizen who had an arrest warrant, and as the person tried to break free of the bite, Nelson struck him in the face with his right forearm and knocked him to the ground, and he was taken to the hospital as a result of his injuries. (17 force 18) | 318 |
| *February 22, 2017.    Nelson deployed his K-9 on a suspect who fled from a stolen car, resulting in the dog biting his right forearm. Nelson then drove the person's torso into a wall as the person tried to get out of the dog's hold.  The person had several abrasions and bruising consistent with a dog bite and the person attempting to pull away from a dog. The person was taken to the hospital due to his injuries. (17 force 22) | 323 |
| *February 26, 2017.   After a citizen bumped Nelson who was assisting a casino with ejecting a customer, Nelson came up behind the person and employed his head and neck in the lateral vascular neck restraint hold and rotated his body to the ground. He later applied additional pressure and rendered the person unconscious. The citizen was injured and transported to a medical facility. (17 force 23) | 329 |

| | |
|---|---|
| *March 17, 2017.   Nelson deployed his K-9, who bit and held a fleeing suspect's forearm. The person struggled, and required medical treatment for the dog bites.  (17 force 34) | 335 |
| *April 7, 2017.   Nelson was called to a hospital to trespass an unwanted subject/intoxicated person. As the person struggled, Nelson applied the lateral vascular neck restraint hold, rendering the person unconscious. The citizen was transported to Highline Medical Center. (7 force 55) | 342 |
| *April 7, 2017.  Finding of Misconduct. Continued to pursue a fleeing vehicle after Sgt had told them to terminate the pursuit. Drove in ways that caused the suspect to use evasive tactics, continued and did not use emergency equipment or notify supervisor. (May 17, 2018 findings) | 349 |
| *May 1, 2017.   Nelson deployed his K-9 on a citizen regarding an alleged stolen vehicle. Fire fighters were called to the scene and transported the citizen to the hospital to evaluate the dog bite/lacerations he received.  (17 force 69) | 352 |
| *May 16, 2017.   Nelson deployed his K-9 on a citizen who fled a traffic stop, was bit by the K-9, sustained abrasions and lacerations, and required medical care. (17 force 83) | 357 |
| *May 30, 2017.  Nelson deployed his K-9 on suspected burglars. The dog seized one of the adult males who was laying on the floor. After the person grabbed the dog's head trying to get the dog off of him, and after Nelson confirmed the person had no weapons, he struck the person on the face with his open palm. Nelson then told the K-9 to release his hold on the individual, who was later treated by fire fighters for his bite. (17 force 88) | 363 |
| *June 6, 2017.   Nelson deployed his K-9 and commanded him to locate a suspect who was bit on the lower left leg. He was treated/evaluated by Valley Regional Fire and found to have multiple visible lacerations on both legs. (17 force 95) | 369 |
| *June 10, 2017.   Force report (17 force 102) associated with firearm discharge | 375 |
| *June 10, 2017.  Incident Findings Nelson acted reasonably, Firearm discharge, 6-10-2017 (Obet) | 377 |
| *July 16, 2017.   Nelson was dispatched to a DV no contact order welfare check. He deployed his K-9 on the person who had left the residence by the time Nelson arrived. The dog "contacted" the suspect on his right upper bicep, and, when attempting to pull himself free of the dog's jaws, Nelson used his right foot to "push" the suspect off of the dog. Valley Regional Fire was called to treat/evaluate the person, who was transported to Valley Medical Center for additional treatment.  (17 force 125) | 380 |
| *September 20, 2017.  Findings Memo, vehicle collision was Non Preventable.  9-20-2017 | 386 |
| *August 7, 2017.   Nelson deployed his K-9 on two (drive by shooting) suspects, one of whom received lacerations on his on both of his arms and was taken to the hospital as a result of his injuries.  (17 force 135) | 388 |

| | |
|---|---|
| *August 8, 2017.   Nelson deployed his K-9 on burglary suspects who were located and bitten by the K-9. Nelson tackled one of the suspects as well. The injuries were evaluated/treated by Valley Fire. (17 force 138) | 394 |
| *August 21, 2017.  Nelson deployed his K-9 on an intoxicated person who was striking a vehicle. The dog first bit the individual on the right pectoral region. Later, lacerations were seen on the pectoral area, upper should and inner bicep region. The person was first transported to Auburn Regional hospital, but since an artery was damaged, they were transported to the Harborview Medical Center for treatment of his injuries. (17 force 145) | 401 |
| *September 9, 2017/.   Nelson deployed his K-9 to apprehend an individual who was "pulled out" of an area by the K-9. There were red circular and linear abrasions on the suspect's forearm, purportedly caused by their effort to trying to pull/push the dog off during the bite. He was transported to Auburn Hospital for treatment. (17 force 157) | 407 |
| *October 17, 2017. Nelson, in a misdemeanor DV arrest entered a home and began arresting a person who denied involvement. Nelson secured the person in a lateral vascular neck restraint hold, and they began flailing. Nelson applied additional pressure until the person became unconscious. Nelson then began lateral vascular neck restraint recovery procedures which include striking the person with an open palm several times in the back. Firefighters were called to evaluate. (17 force 181) | 413 |
| *December 5, 2017.   Nelson pursued a stolen vehicle, and the driver denied it was stolen. When the driver purportedly did not follow commands and moved around inside the vehicle, Nelson deployed his K-9 on his person The K-9 maintained a hold on the left forearm. The driver had no warrants and said he purchased the vehicle. There were several linear abrasions consistent with a dog bite and was transported to the hospital for further evaluation of his injuries. (17 force 199) | 420 |
| *January 1, 2018.   Nelson placed his hands on an agitated person whom he says tried to bite him. He and another officer pushed this person and Nelson ultimately applied the lateral vascular neck restraint hold, rendering him unconscious. He then lowered the citizen into a seated position and struck the person on his back as part of the recovery protocols. The person was taken to the hospital for further evaluation. (18 force 01) | 427 |
| *January 13, 2018.   Nelson responded to an injury collision. Nelson deployed his K-9 to locate a driver who had left the scene. The dog bit and held the person who suffered several minor lacerations, and was treated on the scene by the Fire Department. (18 force 06) | 432 |
| *January 27, 2018.  Executing a warrant, Nelson deployed his K-9, who held onto the person's right forearm. When the person's parents intervened in the fracas, Nelson pushed both of them into the house. The arrestee had several lacerations on his inner and outer right forearms (3-6 inches), and had an already existing injury reo-opened, so he was transported to the hospital. (18 force 19) | 438 |
| *May 15, 2018. Nelson deployed his K-9 to apprehend person who exited a purportedly stolen vehicle. K-9 bit his upper right arm; when the individual tried to get the dog off of him, Nelson used his right forearm to strike the person's left shoulder and force the person to the ground. The person tried to get his arm out of the dog's jaws, and was told to "stop fighting with the dog." When he showed both hands to Nelson, Nelson released the dog. (18 force 104) | 446 |

| | |
|---|---|
| *May 25, 2018. Nelson deployed his K-9 on 3 suspects. (wo surrendered immediately, one fled). The dog attacked the third with a bite and hold; Nelson confirmed hel had no weapons, and commanded the dog to release, but the person was screaming loudly and officers yelling loudly, which drowned out the commands, resulting in additional injuries. The individual was treated by Fire and taken to the hospital. (18 force 117) | 452 |
| *June 1, 2018.  Nelson approached mentally ill, intoxicated person with a cell phone and knife. The dog bit was deployed and affixed his jaw on the citizen's left leg. Nelson then struck the person on the left side of his face with his right forearm, knocking him to the ground. The person lost consciousness and struck his head and back on the pavement. Then Nelson released the dog's hold. He was treated by fire and taken to the hospital. (18 force 128) | 457 |
| *June 16, 2018.  Nelson deployed K-9 on a passenger fleeing in a stolen vehicle. Dog pulled him out of vegation. Fire was called and he was transported to the hospital (18 force 135) | 463 |
| *June 20, 2018. Nelson assisted in arrest warrant. He tackled the suspect, put his head and neck in a vascular neck restraint hold. Nelson used his body weight to point the persons face and stomach towards the ground, and applied more pressure with the vascular neck restraint hold which ultimately rendered him "effectively" unconscious. Nelson released his hold, the person was treated by Valley fire and transported to the hospital. (18 force 139) | 469 |
| *June 22, 2018.   Nelson deployed his K-9 on a person with a DOC warrant. The dog bit his right forearm, the person had visible lacerations and was transported to the hospital due to his injuries. (18 force 143) | 475 |
| *June 28, 2018. A welfare check turned into an elude. Nelson deployed his K-9 who bit the original detective pursuing the suspect. Nelson commanded K-9 to release the Detective, who was injured and unable to continue. Later Nelson rammed and tackled the suspect to the ground and the K-9 bit him. Nelson applied the Vascular Neck Restraint. The K-9 then bit Nelson. (18 force 150) | 481 |
| *August 23, 2018. Joseph Allen Case. Intentionally ran Allen over with his vehicle, fracturing both ankles. Findings and Analysis. Nelson acted reasonably.  (18 force 177) | 489 |
| *September 12, 2018.   Nelson struck a vehicle and spun it in PIT maneuvers but was unable to stop the SUV. (18 force 191) | 492 |
| *November 1, 2018.  Responding to shoplift of cigarettes, suspect seen at "Ray of Hope" shelter, Nelson did not deploy his K-9, but chased the suspect t on foot, grabbed his shoulder, pulled him down, did a hip throw. The person "crawled," so Nelson struck him under under arm with his right knee, laid on top of him, and applied the Vascular Neck Restraint. He continued moving so Nelson applied more pressure until he was unconscious. Valley Fire responded and took the man to the hospital. (18 force 222) | 499 |