To whom it may concern,                                                      Tues, Aug 27th, 2019

## YOUR HONOR

Hello, my name is Jennifer Allen. My husband is Joseph Loren Allen. I'm writing you this letter in hoping it will give you a different outlook and perspective on Mr. Allen. I can assure you that everything written in this letter are 100% facts of reality. Josephs reality. No excuses or denials justifying his wrongs. Just Simply facts based on the poor choices he has made over the years and explaining the very little options and opportunities he has been given. Everything written in this letter serves a purpose to be spoken of. Whether it be a short story or just an example. Please be open minded as you continue read. Thank you.

## THE PROTECTOR

First off, I would like to share with you the first time I had ever met Joseph. This story I believe is important because it really puts into aspects of what kind a man he truly is. It was May 31rst 2012. A mutual friend (Josephs' and Is ') named B had knocked on my front door. My 3 children were with my mom at the time so I had been cleaning my apartment. When I heard the knock I came to my door and answered it. When I opened the door there stood B and behind him stood Joseph. I wasn't too happy because B knew I don't like people being brought to my apartment. B told me that Joseph was fresh out of jail and he is good people. Right away I started yelling at B, and Joseph looks at me and said "I'm sorry I'll leave". I wasn't mad at Joseph, I was mad at B. Considering Joseph was polite and showed common courtesy and respect I decided to let them both in. Joseph was very well mannered not disrespectful once so ever. I really appreciated that. He even offered if I needed any help with anything. Which, was very generous. It wasn't too much longer after they had arrived that my children were being dropped off. I needed help carrying all the bags and car seats so Joseph willingly offered. He said he had children himself so I accepted his help but was still very leery. He was very polite to my children and they seemed to of liked him. It was about 10pm pass my kids bedtime. So I put them to bed. When I came out in my living room, It was just Joseph sitting by himself. I asked him where B was, and Joseph responded 'I don't know, he walked out the front door without saying anything". Joseph then said "I can leave, I don't want to be a burden". I responded "No!! You're fine, I don't mind you here". I told him that him being left here is rude on Bs behalf and that because he is so polite and respectful that he is welcomed. I even asked him if he needed to use my phone to call someone. I told him he can stay until he figures out his next move. I was very understanding of him being fresh out of jail. I then found out that he just got out serving 8 months in county jail and that he had beat his case, so he really didn't have a next move. He assured me he did not want to be burden and would leave. I said "no, no, no, you are more then welcome to stay even over night on the couch if he needed". I felt so so so sad when I realized, this well mannered respectful polite man, has no home, no family, no plan. He said even if he could call someone he has no phone numbers. Omg, I wanted to cry. He was picked up from jail by B and was left at some strangers house he didn't even know. We both try to find B but given his phone was off we weren't able to reach him. So basically, we would just have to wait to see if he showed up.  Joseph and I spent hours getting to know each other. I was suffering a 6 year heartbreak and he was fresh out of jail. Lol. talked So we mostly talked about our children. It was getting late 12:30ish and I was tired, and then was a knock at the door. We both look at each other and I opened the door and in storms B with a poor



attitude just reeking of alcohol. I asked him where the hell he went and he started talking to me completely reckless. 7 years of knowing B and I had never seen that side of him. So to keep the piece I stayed up a little longer. As the hour lingered all I wanted to do was go to sleep. However, B was acting a complete ass and was not letting that happen. He was being controlling I am mean completely psycho. Joseph tried getting them to leave but B refused. Then out of no where B sits on top of me and cold clocks me with his full fist busting up my eye. It happened so fast I can barely remember, what I do remember is Joseph pulling B off of me and stood right in front of me and shielded me. B was furious. His exact words were "your gonna protect this bitch bro? like that?". And that's exactly what he did. Joseph a complete stranger protected me and pulled B out of my apartment for me. Joseph then apologized and I thanked him. Joseph left with B and said don't worry ill make sure he stays in my sight. He thanked me for everything.. I smiled and told him he is welcomed anytime. I didn't honestly think I'd ever see him again that was until two days later when he showed up alone just making sure I was ok. I knew right then and there that amazing man that saved me would be a part of my life forever.

### THE HEALER

This next paragraph is telling you a little about me. The reason why this is relevant to Joseph is because it really shows the kind of loving man he is. I'm what you call damaged goods. I suffer from many many disabilities. Disabilities, that will have me medicated for the rest of my my life. Mental disabilities. On top of that I have suffered two abusive horrible critical relationships with both my babies dads. As a child I was abused and controlled and neglected and a banded. I was very closed, and had a wall so thick and high that I told myself not to trust or love or believe. That was until I met Joseph. Many many times in our 8 year relationship, I tried to push him away. He refused to give up on me. When I was manic low hiding from the world refusing to show my face.. He would open the window to let the sun shine through. Even after I shut the blinds. If I was refusing to get out of bed or eat he would make something to eat and hold me close until I did. If I would cry, he would wipe my tears and tell me I'm to beautiful to cry. When I wanted to give up and had no strength he would pull me together and tell me its just bumps in the road that I got jump over. He would take me to the one place I love the most just hold me in silence as we watched the waves clash against each other and I cried in his arms. He is the most positive understanding non judge mental and patient self motivational human being, I have ever met. He doesn't let me make excuses. Even on my worse days he would act as if they were normal.. It didn't matter how bad they got, he made it ok for me to heal. He is the ONLY man I trust.. No matter what he never gave up on me. Any person that has that kind of love to give is truly is my angel. He brought down that wall I closed so tight and I have him to thank everyday for the woman I have become. Now I can't live without him. The world I have lived in has nothing but judged ridiculed and stereo typed. Joseph Allen saw right past all my trauma and disabilities and saw my imperfections as perfect. And even on his worse days he always made sure to brighten mine. That is the kind of a man he is. Truly. Beside show Joseph is towards me and the rest of the world, the best role he has is being an amazing father and daddy. I have major daddy issues and you will never ever ever ever hear me say he is a bad dad. He does right by his children no matter what. He always puts them first and never once has he let them go without. We became a family, me him, and all our children. And I will be the first to say how truly blessed the kids are to have such an amazing dad!!

### THE SURVIVOR

This next paragraph is going to be based on stating some hard reality. While I know that Josephs criminal record and the courts have convinced pretty much anyone not on his side that Joseph Allen is





some kind of dangerous monster. The courts portray him to be this bad horrible man. Truth be told he is exactly the opposite. Joseph Allen is many many things but a monster is not one of them. And let me be the first to state that I am not justifying any of my husbands' behavior or poor choices when it comes to obeying the law under the felon rules or regulations. Right is right and wrong is wrong period. However, truth be told... Joseph Allen is not the only one at fault. The system that is setup to "help" felons and criminals get back on the right path is a set up for failure. So a felon does time and gets released from prison right? Then is put on d.o.c supposedly to get them back on track. It's a system that is supposed to be a positive outlook for felons and their future. Ok well rude awakening... That only works for felons who have 100% family support and money. Joseph got released from work release we lived at my sisters he had a job, hell he was doing great. Then my sister moved leaving us with no where to go. The only place we could go was clear out in federal way. His job was in Redmond, On the bus. The commute was too much given we had no stable home. So he reaches out to his D.O.C OFFICER telling him his situation and asking for bus tickets housing help different job transfers. Ect. And not only does his d.o.c officer add more to his plate by wanting him to check in once a week but refuses any kind of help once so ever and doesn't even see him. I was there I witness that for myself. So mean while things changed that was out of his hand, when he asked for help he gets shut down and denied. Well being homeless leads to jobless leads being jobless leads to no checking in leads to warrants and eventually back on the streets using again and jail time. All because no one wanted to help when he asking for it. Now ask yourself this... How is anyone especially a convicted felon supposed to better his or her life when all they get is turned away when seeking for help? Yes , Joseph Allen has continuously broke the law again over and over. Again I do not justify his poor choices or wrongs. However, the reality of matter is Joseph is a middle aged black convicted felon which happens to be homeless and live day by day on these streets struggling just to maintain stay alive and eat every day. Does he carry fire arms knowing he isn't supposed to. Yes , but not because he is dangerous but for the simple fact the streets are not no playground. Does he have a bad cold habit of smoking methamphetamines? Yes. As you know this particular illegal substance helps kills the appetite helping him stay energized and awake for days without feeling restless. Truth be told my husband never really knew when his next meal was going to be or when next time he would be able to safely close his eyes to rest again. He forced me to stay with my family where he was not allowed but he knew I was safe. I would borrow money to get hotels just so he could sleep. I worried every single day on whether I was going to get a phone call saying he was dead. Given his record he can't just walk into a place a get a job not to mention he only finished up to the 10th grade, so being a felon, homeless, and no ged or diploma his options are pretty much slim to none. And because he can't get a job he will never be able to buy a house or even rent an apartment. Leaving him right back to square one no help no home strictly survival of the streets. Does his make him a dangerous horrible man no it makes him a survivor.

### THE RUNNER

Now this next paragraph brings forward what it is like to live the life of Joseph Loren Allen a colored middle aged man known to the system. What do call that??? A walking target. I can speak on his behalf in this paragraph not only because these are true facts but because I have witnessed most of these occurrences with my own two eyes. Joseph isn't just your average felon he is a felon of color. He is a



felon of color that's fears what is supposed to be our "serve and protectors" the police!! Why might you ask?? Well I am about to tell you. The so called "good guys" that call themselves heroes are non other then criminals themselves. Most of them are nothing more them bullies with badges. I can't tell you how many times Joseph has been cooperative and arrested taken to fields beaten senseless by multiple officers while in handcuffed. Now I didn't witness that but I know he wasn't black and blue on his way to jail and when seen him the next morning for court all busted up in the face. For one I know my husband wouldn't lie to me for two it damn sure wasn't other inmates. I can say I have witnessed the most horrible occurrences though. Joseph and I were sound asleep and I had gotten woke by the sound of a helicopter hovering above the house we were at. I go outside to see what the noise was and everyone in the house was outside with swat team k9 unit and bomb squad. Officer sheriff Curtis Timby ask me where Joseph was. I didn't answer. He said it's alright it's just a doc warrant. They are threatening to blow up the house and send the dogs in. so I go wake Joseph up and tell him and he looks at me and goes back to sleep. He said they are just trying to scare me. Well somehow they issued a search warrant to come in and blow up the house so I told Joseph he said it's only a doc violation you will do 30days and they will go away so willingly Joseph puts his shoes on walks out the room I tell Timby he is coming out. He had his hands up and everything. Timby had another officer handcuff him while he holds a loaded riffle to his neck. Mind you we are behind closed doors. Joes says please get the gun off my neck and then Timby threaten to kill him and bashed him in the back of the head with the fully loaded rifle. Joe goes to court the next morning and little did we know they were falsely accusing him of something he did not do. I know he didn't because he was with me in bed that's whole day and night. I ended up speaking in court on josephs behalf and they didn't have any evidence so they dropped the case. And released him after the 30 days Now, a criminal does the crime they do the time period but falsely accusing someone of something they didn't do then bashing them in the head threatening there life and lying to get him to cooperate. That's no hero. That's a bully. They used to follow me when I would be jogging thinking I was meeting up with him. That's harassment. I could go on and on and on but nothing beats when (aug 23rd 2018) when k9 units auburn pd Jeff nelson know to have kills and many deadly forces acts against him already forcefully purposely runs over my husband's ankles pins him against the fence and shatters his ankles with suv while having his lights off claiming he was high jacking a car when reality he offered a woman $1000 to drive him out of there she said no and he keep running away from the car. Since when is it not a crime to run someone over.? And only to make matters worse the Fdc refuses to give him the medical treatment he needs (even suggested by doctor)and cause of that he will probably not walk in the future. Note this man runs from the police because he doesn't want to go to jail for one but for two because he fears the police. He is not attacking them. He runs in fear of his life from them. Not to mention after he ran him over four officers beat him in handcuffs with broken ankles and drug him to the suv and was hours before he was admitted to the hospital. They stand in court in and say all these horrible things about Joseph Allen like he is a horrible man. And he is not a bad man. At all. Unfortunate yes. A survivor defiantly. Please take into consideration that Joseph Allen is a non violent offender. In the court eyes he is just trash. They down talk him as if he is a monster. And he is far from it.

(P4)

## THE DREAMER

Once again I am not justifying any of josephs wrongs. I'm simply stating facts, and honestly you may read this whole letter, you may not. I know it's long. But if you do I'm really hoping this has opened your eyes to the reality of the truth. My husband doesn't need maximum sentence. He needs someone with a understanding and power to make a difference. To see him as a man of lack of opportunities and help he needed to proceed with positive outcomes. You honor, Joseph knows that's carrying guns and doing drugs gets him prison time. And he admits his faults and does his time. He doesn't blame anyone but himself. And sadly jail right now is keeping him from cold sleepless night. Keeping him fed safe alive. He never has really had a stable home to call home. And anywhere he rested temporarily the cops took or harassed him. I mean he never really had a fighting chance to do really do right. I don't know what the future holds for us. I do know this. Joseph Loren Allen is a phenomenal man despite how anyone labels him. After being ran over I think I'd say he def look at life a lot difference now. He is punished for life now. They don't even know him. His heart is pure. He tells me every day in order for us to good I have to be great. While he does this time I'm going to do this time right with him every step of the way. I'm a white woman with no criminal record. So while he is in prison I will be getting off my ass quit using my mental problems as a excuse and get myself back into collage. And Stop making excuses and start putting my husband and our future my only priority. I have the option of working hard and building us home with a stable income so he gets out he will never have to go back to the streets again. He never gave up on me and I'm not giving up on him. My job as Mrs. Jennifer Allen is to be there for him mentally every single day with hope and ambition for a better future. It breaks my hearts when he apologizes for leaving me out here by myself, Knowing that he can't protect me if something were to happen to me. That's why I stay home travel only when visiting him twice a week so he doesn't panic cause he knows I'm safe and he stays out of trouble, calls me every night before bed so I know he is safe. That's the kind of man Joseph Allen is. Truly. I just really hope federal probation has a lot more to offer him then doc and if they don't we will be ok I got this. For us. All I have seen and heard over the years is everyone wants to hunt him lock him up and throw away the key. It's time to make positive changes... I hear good things about you, I hope they are true ☺ just please take my looooong letter into consideration. What ever you feel he needs to serve, then I don't argue with judge. Just no matter what you can see past what he is portrayed to be and see man that survived through all types of struggles and put all his past in hope for a brighter future. Sorry so long. Lol you have the power to make a difference. Again. Sorry so long!! But the truth needed to be spoken and his voice needs to be heard.

Thank you,

Sincerely,

Mrs. Jennifer Ann Allen

*(signature)*

(P5)

To the Honorable John C. Coughenour,

I'm writing this reference letter on behalf of Joesph Loren Allen. I have known him all his life. I'm his biological mother. I, his siblings, relatives and friends, refer to him as Joe. When Joe was born, he was a health baby.  As years went by, he struggled with his speech problem.  When he started school, he continued to struggle with his speech.  He was evaluated by the school system.  He had a slight learning disability and was placed in special education.  He did well with his education over the years but also struggled. He thrived to do his best!

In addition to Joe's struggles with education and speech, I was a single parent, struggled financially throughout his youth, hoped to find a good male role model for him, but sadly that did not happen.  The Joe's dad was involved but had health problems and died in Joe's earlier teen years.  Joe's youth has taken a toll on him, made life challenging for him, but Joe has always had a good heart and a good soul.  Joe has faced trials and struggles.

For example, in 1988 or 1989, when we lived in Everett, I was a victim of domestic violence.  My husband, Joe's stepdad, assaulted me with a knife as I grabbed my kids to run out of the home.  My kids, including Joe, were screaming.  My husband threw the knife at us.  Running for safety, I was able to grab the knife from the ground and throw it across the street.  As I threw the knife, I was pushed from the back to the ground.  My husband punched me with closed fists.  Neighbors called the police.  He was arrested. He was released to wait trial but the abuse did not stop.  While awaiting trial and with restraining orders, he threatened to kill me and the kids.  He was sent to jail but after his release the abuse started again.  I moved with the kids to hide from him but he found us.  For 2 to 3 years, no matters where I moved and no matter how many restraining order I received, he always found us.  The abuse never stopped.

My kids witnessed the violence and had to move constantly with short notice.  It was a hardship for us all.  In the 1980's domestic violence was not strongly enforced.  I hope this letter gives you some understanding as to who Joe is.  He now has a beautiful wife. She is a very positive support for him.  Thank you for taking the time to read my letter. I, his siblings, relatives and friends, love Joe and want him back in our lives.

                                                                                     Thank you,

                                                                                     Sherry Wood