JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-292JCC |
| Plaintiff, | NOTICE OF FILING PHYSICAL MATERIALS |
| v. | |
| JOSEPH LOREN ALLEN, | |
| Defendant. | |

Joseph Loren Allen, through counsel, hereby gives notice that one DVD is being filed in physical form with the Clerk of the Court as Exhibit 3 to Defendant's Sentencing Memorandum, which was electronically filed on this date. The DVD will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

DATED this 3rd day of December, 2019.

Respectfully submitted,

s/ *Mohammad Ali Hamoudi*
Assistant Federal Public Defender
Attorney for Joseph Loren Allen

NOTICE OF FILING PHYSICAL
MATERIALS (DVD)
(*Joseph Loren Allen*; CR18-292JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

1
2   I certify that on December 3, 2019, I electronically filed the foregoing document
3   with the Clerk of the Court using the CM/ECF system, which will send notification of
4   filing to all registered parties. I further certify I have served all parties with copies of
5   the DVD.

6
7   s/ *Charlotte Ponikvar*
    Paralegal
8   Office of the Federal Public Defender

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF FILING PHYSICAL
MATERIALS (DVD)
(*Joseph Loren Allen*; CR18-292JCC) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

United States v. Joseph Allen
CR18-292 JCC
Defendant's Sentencing Memo
Ex 3

Clerk of the Court